Opinion issued April 10, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00880-CV






NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
PA AS SUBROGEE OF OMNICOM, Appellant


V.


WELLS FARGO BANK, NATIONAL ASSOCIATION, Appellee






On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2006-62933






MEMORANDUM OPINION Appellant National Union Fire Insurance Company of Pittsburgh, PA as
Subrogee of Omnicom has failed to timely file a brief. See Tex. R. App. P. 38.8(a)
(failure of appellant to file brief). After being notified that this appeal was subject to
dismissal, appellant did not adequately respond. See Tex. R. App. P. 42.3(b)
(allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.